**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1093

SANJEEV MALHOTRA,

Plaintiff - Appellant,

versus

TEACHERS INSURANCE AND ANNUITY OF AMERICA AND
COLLEGE RETIREMENT EQUITIES FUND, and/or its
assignees,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:04-cv-03968-RDB)

Submitted: May 16, 2006                 Decided: May 22, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sanjeev Malhotra, Appellant Pro Se. Adam C. Sloane, MAYER, BROWN,
ROWE & MAW, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sanjeev Malhotra appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Malhotra v. TIAA-CREF, No. 1:04-cv-03698-RDB (D. Md. Dec. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED